■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CIRINO SALERNO, Also Known as CHARLES SALERNO, Appellant.—Judgment, Supreme Court, New York County, rendered on July 16, 1979, unanimously affirmed in view of the letter from defendant's counsel dated April 28, 1980, wherein he requests this court permit appellant to withdraw from consideration and deliberation that part of the appeal relating to the illegality of the conditional sentence in the trial court. No opinion. Concur—Birns, J. P., Sandler, Ross, Markewich and Silverman, JJ.

■ HERTZ CORPORATION, Respondent, v AETNA CASUALTY & SURETY CO., Appellant, et al., Defendants.—Judgment, Supreme Court, New York County, entered on November 30, 1978, unanimously affirmed, for reasons stated by Egeth, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Carro, JJ.

■ ANNE M. LEDERER, Respondent, v ANTHONY W. LEDERER, Appellant. —Order, Supreme Court, New York County, entered on October 11, 1979, unanimously affirmed for reasons stated by F. Shea, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADONIS BOLLING, Appellant.—Judgment, Supreme Court, New York County, rendered on December 15, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Fein, J. P., Sullivan, Lupiano, Silverman and Bloom, JJ.

■ NORDEN RESTAURANT CORPORATION, Respondent, v SONS OF THE REVOLUTION IN THE STATE OF NEW YORK, Appellant.—Motion insofar as it seeks reargument denied, and, insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur—Murphy, P. J., Kupferman, Fein, Sullivan and Ross, JJ.

■ PAN AMERICAN WORLD AIRWAYS, INC., v OVERSEAS RALEIGH MANUFACTURING, LTD., et al. (And Another Action.)—Motion to resettle the order of this court entered on April 3, 1980 granted and the certified question amended to read as follows: "Was the resettled order of this court, which modified the order of the Supreme Court, New York County, entered April 20, 1979, insofar as it denied plaintiff's motion to dismiss defendants' second and third counterclaims in their entirety, properly made?" Resettled order signed and filed. Concur—Sullivan, J. P., Ross, Markewich, Silverman and Bloom, JJ.

(May 15, 1980)

■ In the Matter of the Estate of DAVID HAIM, Deceased. LETTY FUND, Appellant; ROBERT V. HAIM, as Ancillary Administrator of the Estate of DAVID HAIM, Deceased, Respondent.—Order, Surrogate's Court, New York County, entered on September 5, 1979, unanimously affirmed on the opinion of Midonick, S., without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Fein, Sandler and Silverman, JJ.